# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## PARKERSBURG DIVISION

CORNELIUS TUCKER,

        Plaintiff,

v.                                          CIVIL ACTION NO.  6:05-cv-00368

S. WINGROVE, et al.,

        Defendants.


CORNELIUS TUCKER,

        Plaintiff,

v.                                          CIVIL ACTION NO.  6:05-cv-00464

NORRIS, et al.,

        Defendants.


CORNELIUS TUCKER,

        Plaintiff,

v.                                          CIVIL ACTION NO.  6:05-cv-00497

RANDY STEVENS TUCKER, et al.,

        Defendants.


CORNELIUS TUCKER, JR.,

        Plaintiff,

v.                                          CIVIL ACTION NO.  6:05-cv-00729

MICHAEL MUNNS, et al.,

        Defendants.

CORNELIUS TUCKER, JR.,

        Plaintiff,

v.                                  CIVIL ACTION NO.  6:05-cv-00730

ATTORNEY GENERAL WEST VIRGINIA, et al.,

        Defendants.

## ORDER

These actions were referred to the Honorable Stanley, United States Magistrate Judge, for submission to this court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).  The Magistrate Judge has submitted findings of fact and has recommended that the court **FIND** that the Plaintiff's allegations are indecipherable, indisputably meritless, and are based upon factual assertions which are irrational, fanciful and delusional. The Magistrate Judge also recommended that the court **FIND** that there is no basis for jurisdiction over any of the Defendants.  The court construes both of the motions as timely filed objections to the Magistrate Judge's findings and recommendation. Having reviewed the petitioner's objections *de novo*, the court **FINDS** that they are without merit.

Therefore, the court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and orders judgment consistent with the findings and recommendations. Accordingly, the court **DISMISSES** the actions for lack of jurisdiction.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                ENTER:     November 1, 2005

                _____
                JOSEPH R. GOODWIN
                UNITED STATES DISTRICT JUDGE